UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, a foreign insurance company,<br><br>              Plaintiff,<br><br>   v.<br><br>GREGG W. DAWSON, a married man as his separate estate, *et al.*,<br><br>            Defendants. | CASE NO. C18-0751-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 8). The parties inform the Court that they have settled this action in its entirety. (*Id*. at 1.) Accordingly, the status conference set for September 4, 2018 at 9:00 am shall be STRICKEN, and this case shall be statistically CLOSED pending the anticipated filing by the parties of a stipulated order of dismissal.

DATED this 26th day of June 2018.

                                         William M. McCool
                                         Clerk of Court

                                         s/Tomas Hernandez
                                         Deputy Clerk