UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES RIVER INSURANCE CO., | CASE NO. C18-0751-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GREGG W. DAWSON, a married man and his separate estate, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff has filed a notice of voluntary dismissal (Dkt. No. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this notice is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 30th day of August 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk